**E-filed on 1/24/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID M. TUTTELMAN,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF SAN JOSE, et al.,<br><br>             Defendants. | Case Number C 02-02656 JF<br><br>ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF OPPOSITION TO SUMMARY JUDGMENT MOTION EXCEEDING TWENTY-FIVE PAGES |

     Plaintiff filed an ex parte application for an order permitting him to file opposition to Defendants' motion for summary judgment exceeding twenty-five pages. The Court will grant Plaintiff's request in part. Plaintiff requests that Court allow him to file opposition of up to forty-eight pages in length. The Court will allow Plaintiff to file opposition exceeding twenty-five pages, but not to exceed thirty-five pages.

     IT IS SO ORDERED.

DATED: January 24, 2006

                                                                      _____
                                                                      JEREMY FOGEL
                                                                      United States District Judge

1  This Order has been served upon the following persons:

2  Nora Valerie Frimann          cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

3  Brian C. Hopper               cao.main@sanjoseca.gov

4  Richard Doyle
   Office of the City Attorney
5  City of San Jose
   200 East Santa Clara Street
6  San Jose, CA 95113-1905

7  David M. Tuttelman
   Post Office Box 6828
8  San Jose, CA 95150-6828

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 02-02656 JF
ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF OPPOSITION TO SUMMARY JUDGMENT MOTION EXCEEDING TWENTY-FIVE PAGES
(JFLC1)