NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVID M. TUTTELMAN, | Case Number C 02-02656 JF |
| Plaintiff, | ORDER OF RECUSAL |
| v. | [re: docket no. 317] |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

On March 15, 2006, Plaintiff, an attorney representing himself in the above-entitled civil rights action, submitted a document entitled, "Plaintiff's Notice of Renewed Request to the Honorable Jeremy Fogel for Recusal." The document was accompanied by a declaration from Plaintiff's former counsel, who stated that he previously requested on the record that the Court recuse itself at a case management conference in September or October of 2002.

The Court has reviewed the electronic docket and has determined that there is no record, in the form of either a transcript or a minute entry, of any previous recusal request. The Court ordinarily does not conduct case management conferences on the record, and its custom and practice would have been to require that any recusal request made at a case management conference, as well as the disposition of such request, be noted in the minutes. Moreover, the Court's independent recollection of its colloquy with Plaintiff's former counsel is that while the

Case No. C 02-02656 JF
ORDER OF RECUSAL

Court's prior acquaintance with Plaintiff during Plaintiff's employment with the Santa Clara Superior Court between 1987 and 1991 was discussed at the initial case management conference, no actual request for recusal was made in light of the Court's statement that it harbored no bias toward Plaintiff. There is no record that Plaintiff has ever made a written request for recusal, as required by 28 U.S.C. §144, prior to March 15, 2006.

Notwithstanding the foregoing, the Court has concluded that recusal is appropriate at the present time. While Plaintiff's suggestion that the Court's rulings to date somehow have been influenced by its limited interactions with Plaintiff almost fifteen years ago is wholly unfounded, the Court must acknowledge that it has grown increasingly frustrated with Plaintiff's conduct in the instant litigation. The Court is concerned that its reasonable efforts to rein in Plaintiff's repetitive and burdensome motion practice will continue to be perceived (incorrectly) by Plaintiff as emanating from a personal bias toward him, and that the effects of this perception on Plaintiff's part will result in significant inefficiency and unnecessary delay should the instant matter proceed to trial. In light of the totality of the circumstances, including the fact that a substantial portion of the motion practice has been concluded and the burden on a newly-assigned judge will be less than it otherwise would be, the Court will grant Plaintiff's request.

All hearing dates are hereby vacated. The above-entitled action is hereby referred to the Assignment Committee for re-assignment.

IT IS SO ORDERED.

DATED: March 23, 2006

_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Nora Valerie Frimann     cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

3  Brian C. Hopper     cao.main@sanjoseca.gov

4  Richard Doyle
   Office of the City Attorney
5  City of San Jose
   200 East Santa Clara Street
6  San Jose, CA 95113-1905

7  David M. Tuttelman
   Post Office Box 6828
8  San Jose, CA 95150-6828

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 02-02656 JF
ORDER OF RECUSAL