**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TUTTELMAN, | No. C 02-02656 WHA |
| Plaintiff, | |
| v. | **ORDER RE CHAMBERS COPIES** |
| CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; ANTHONY LUISI; and RONALD BAYS, | |
| Defendants. | |

Each party is **ORDERED TO SUBMIT TO CHAMBERS A COPY OF EACH DOCUMENT** it has filed in this action that it wishes the Court to consider in connection with any of its pending motions, requests, petitions, applications and the like. These documents shall be filed by **THURSDAY, APRIL 6, 2006**.

**IT IS SO ORDERED.**

Dated: April 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE