RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#093249)
MICHAEL GROVES, Sr. Deputy City Attorney (#85620)
BRIAN C. HOPPER, Deputy City Attorney (#171070)
Office of the City Attorney
200 East Santa Clara St.
San Jose, CA 95113-1905
Telephone (408) 535-1917
Facsimile (408) 998-3131
cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE, SAN JOSE POLICE OFFICER
ANTHONY LUISI, SAN JOSE POLICE
OFFICER RONALD BAYS

JOHN HOUSTON SCOTT (SBN 72578)
THE SCOTT LAW FIRM
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone:  (415) 561-9600
Facsimile:  (415) 561-9609

ERIC M. SAFIRE (SBN 98706)
LAW OFFICES OF ERIC M. SAFIRE
2431 Fillmore Street
San Francisco, CA 94115
Telephone:  (415) 292-1940
Facsimile:  (415) 292-1946

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TUTTELMAN,<br><br>         Plaintiff,<br>   vs.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, SAN JOSE POLICE OFFICER ANTHONY LUISI, SAN JOSE POLICE OFFICER RONALD BAYS<br><br>         Defendants. | NO.   C 02-02656 WHA<br><br>**STIPULATION AND ORDER CONTINUING PRE-TRIAL CONFERENCE**<br><br>Date:     October 2, 2006<br>Time:     2:00 p.m.<br>Dept.:    Courtroom 9, 19th Floor<br>Judge:   Hon. William H. Alsup<br><br>Trial Date: October 30, 2006 |

-1-

STIPULATION & ORDER PRETRIAL
C 02-02656 WHA

-2-

1  WHEREAS, this matter is currently set for Pre-Trial Conference on October 2, 2006 at
2  2:00 p.m.; and
3  WHEREAS, attorney John H. Scott is scheduled for trial in the matter of *Landa v.*
4  *Dept. of Corrections* in the Riverside County Superior Court, case number RIC375877,
5  commencing on September 25, 2006.  It is counsel's belief that the trial, at a minimum, will
6  be 10 days in duration.  Counsel John H. Scott is therefore unavailable to appear on October
7  2, 2006; and
8  WHEREAS, attorney Eric M. Safire, in observance of the Yom Kippur holiday, will be
9  unavailable to appear on October 2, 2006; and
10  WHEREAS, Plaintiff's counsel Eric M. Safire and Defendants' counsel are available on
11  Tuesday, October 3, 2006 at 9:00 a.m.; and
12  WHEREAS, Defendants' counsel has agreed to a continuance of the Pre-trial
13  Conference to October 3, 2006 at 9:00 a.m. in light of Plaintiff's counsel's unavailability.
14  NOW, THEREFORE, AND IN CONSIDERATION OF THE FOREGOING the parties
15  hereto, by and through their respective counsel, hereby stipulate to a continuance of the Pre-
16  Trial Conference to October 3, 2006 at 9:00 a.m.

Dated: September 21, 2006                LAW OFFICES OF ERIC SAFIRE

                                                            /s/    Eric Safire
                                         Eric M. Safire
                                         Attorney for Plaintiff, DAVID TUTTELMAN

Dated: September    , 2006               LAW OFFICES OF JOHN HOUSTON SCOTT

                                          /s/   John Scott
                                         John H. Scott
                                         Attorney for Plaintiff, DAVID TUTTELMAN

-2-

STIPULATION & ORDER PRETRIAL
C 02-02656 WHA

Dated: September    , 2006				CITY ATTORNEY OF SAN JOSE

						/s/_____
						Brian C. Hopper, Deputy City Attorney
						Attorneys for Defendants
						CITY OF SAN JOSE, et al.

**ORDER**

The Court having read and considered the stipulation of the parties for an order continuing the Pre-Trial Conference, and good cause appearing:

IT IS HEREBY ORDERED that the Pre-Trial Conference, presently set for October 2, 2006 at 2:00 p.m. is continued to October 3, 2006 at ~~9:00 a.m.~~  8:00 a.m.

DATED: September 22, 2006

						IT IS SO ORDERED
						_____
						HONORABLE WILLIAM ALSUP
						JUDGE, U.S. DISTRICT COURT

-3-

STIPULATION & ORDER PRETRIAL
C 02-02656 WHA