IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. TUTTELMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | NO.   C02-02656 WHA<br><br>**[PROPOSED] ORDER PERMITTING COUNSEL TO BRING EQUIPMENT TO COURTROOM** |

Counsel in the above-entitled action, or their respective staffs, may bring an overhead projector to the courthouse for the trial commencing on October 30, 2006. The projector may be brought in as early as 1:00 p.m. on October 27, 2006.

Dated: October 26, 2006

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

[PROPOSED] ORDER PERMITTING COUNSEL
TO BRING EQUIPMENT TO COURTROOM
C02-02656 WHA

382821