1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID M. TUTTELMAN,                                   No. C 02-02656 WHA

       Plaintiff,

v.

SAN JOSE POLICE OFFICER                    **SPECIAL VERDICT FORM**
ANTHONY LUISI, SAN JOSE
POLICE OFFICER RONALD BAYS,

       Defendants.

_____/

     Y OUR ANSWERS MUST BE UNANIMOUS.

    1.     Has plaintiff proven that Officer Anthony Luisi or Officer Ronald Bays used excessive force?  Answer as to each defendant.

|  | Yes | No |
|---|---|---|
| Officer Anthony Luisi | _____ | _____ |
| Officer Ronald Bays | _____ | _____ |

    2.     Has plaintiff proven that Officer Anthony Luisi or Officer Ronald Bays arrested plaintiff in violation of the Fourth Amendment?  Answer as to each defendant.

|  | Yes | No |
|---|---|---|
| Officer Anthony Luisi | _____ | _____ |
| Officer Ronald Bays | _____ | _____ |

**United States District Court**
For the Northern District of California

3.      Has plaintiff proven that Officer Anthony Luisi or Officer Ronald Bays violated California Civil Code Section 52.1?  Answer as to each defendant.

|                          | Yes   | No    |
|--------------------------|-------|-------|
| Officer Anthony Luisi    | _____ | _____ |
| Officer Ronald Bays      | _____ | _____ |

If you answered "yes" to any of the foregoing, you must continue to the following questions if applicable.  If you answered "no" to all of the above questions, then you are finished and you should sign and return the form in the envelope.

4.      If any of the answers to foregoing Questions No. 1, 2, or 3 is a "yes," state the amount of any damages proven by plaintiff.  If you award damages on multiple claims, you must also indicate a total to eliminate any overlapping damages and to prevent double counting.

Officer Anthony Luisi          $_____
Officer Ronald Bays            $_____

5.      If you answered "yes" to Questions No. 1, 2, or 3, did either defendants Officer Luisi or Officer Bays act with fraud, oppression, or malice?  Answer only as to the defendant or defendants you answered "yes" to in Questions No. 1, 2, or 3.

|                          | Yes   | No    |
|--------------------------|-------|-------|
| Officer Anthony Luisi    | _____ | _____ |
| Officer Ronald Bays      | _____ | _____ |

(If you answer "yes" as to this question, then there will be a short supplemental proceeding immediately after your verdict.  The purpose of the short supplemental proceeding would be to allow you to fix the amount.)

2

**CONCLUSION**

ONCE YOU HAVE FINISHED ANSWERING THE NECESSARY QUESTIONS UNANIMOUSLY, PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM.  THEN CONTACT THE DEPUTY OR MARSHAL TO INFORM HIM OR HER THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

Dated:  November _____, 2007.

_____
Foreperson

**United States District Court**
For the Northern District of California

3