1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10                                              No. C 02-02656 WHA
DAVID M. TUTTELMAN,
11
                Plaintiff,                      **ORDER GRANTING
12                                              APPLICATION TO FILE LATE
        v.                                      REPLY BRIEF**
13
CITY OF SAN JOSE, SAN JOSE POLICE
14  DEPARTMENT, SAN JOSE POLICE
OFFICER ANTHONY LUISI, SAN JOSE
15  POLICE OFFICER RONALD BAYS,

16              Defendants.
                                            /
17
        Plaintiff's application to file a late reply brief is **GRANTED**.
18
19
        **IT IS SO ORDERED.**
20
21
Dated:  January 8, 2007.
22                                          _____
                                            WILLIAM ALSUP
23                                          UNITED STATES DISTRICT JUDGE
24
25
26
27
28

United States District Court
For the Northern District of California