IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID M. TUTTELMAN,

    Plaintiff,

  v.

CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, SAN JOSE POLICE OFFICER ANTHONY LUISI, SAN JOSE POLICE OFFICER RONALD BAYS,

    Defendants.

No. C 02-02656 WHA

**ORDER STRIKING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SPECIFIC ITEMS OF CLAIMED COSTS**

After a jury verdict in defendants' favor, plaintiff Tuttelman has filed objections to defendants' bill of costs. Defendants filed their bill of costs on November 17, 2006. It was simultaneously served on plaintiff's counsel through the court's e-filing system. Civil Local Rule 54-2(a) states that the time for filing objections is "[w]ithin 10 days after service by any party of its bill of costs." Plaintiff's objections were filed on February 7, 2007, almost three months after the bill of costs was filed. Finding no good cause for the late filing, this order **STRIKES** plaintiff's objections.

**IT IS SO ORDERED.**

Dated: February 12, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE