IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID M. TUTTELMAN,<br><br>  Plaintiff-Appellant,<br><br>  v.<br><br>CITY OF SAN JOSE ET AL,<br><br>  Defendants-Appellees.<br>_____/ | No. C 02-02656 WHA<br><br>**ORDER RE RESPONSE TO PLAINTIFF-APPELLANT'S CERTIFICATION THAT TRANSCRIPT DESIGNATIONS ARE UNNECESSARY TO APPEAL** |

The Court has received plaintiff's certification to the district court that defendants' transcript designations are unnecessary to the appeal. The Court requests a response from defendants-appellees by **THURSDAY, OCTOBER 25, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: October 18, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE